AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| K & S PRODUCE, INC.<br><br>*Plaintiff(s)*<br>v.<br>100 BROAD STREET, LLC a/k/a ESSEN FOOD, ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN, CHONG WON BYUN, and WILLIAM BYUN Individually and in any corporate capacity.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

100 Broad Street LLC a/k/a Essen Food
100 Broad Street
New York, NY 10003

Essen22 LLC a/k/a Essen Food
699 Sixth Avenue
New York, NY 10010

John Byun
519 Eighth Avenue
New York, NY 10018

Chong Won Byun
519 Eighth Avenue
New York, NY 10018

William Byun
519 Eighth Avenue
New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE FIERST LAW GROUP P.C.
TIMOTHY J. FIERST ESQ.
22 Bayview Avenue 202
Manhasset, NY 11030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/22/2020

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*