Date: 01/31/2020

# K & S
22-19 160 Street
Whitestone, NY 11357

Telephone: 718)767-2808   Fax: 347)438-1053

Ship To: #9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010
212)633-0820

From:   To:
01/26/2020   01/31/2020

| Shipped Amont | | | Payment | |
|---|---|---|---|---|
| 01/26 | Sunday | 0.00 | | 0.00 |
| 01/27 | Monday | 2014.40 | | 2097.50 |
| 01/28 | Tuesday | 2374.30 | | 2525.00 |
| 01/29 | Wednesday | 1729.60 | | 2085.40 |
| 01/30 | Thursday | 1956.60 | | 2072.70 |
| 01/31 | Friday | 1835.00 | | 1912.90 |
| Shipped Total | | 9909.90 | Paid Total | 10693.50 |

| | | | Credit Memo | | | |
|---|---|---|---|---|---|---|
| Delivery Charge | | 0.00 | | | | |
| Credit | | 0.00 | | | | |
| | | | Date +/- | Qty Item | Price | Amount |
| Sub-Total (+) | | 9,909.90 | | | | |
| Prev.Balance(+) | | 328,508.57 | 01/28 + | 4 mango rt-31.2 | 0.00 | 0.00 |
| Payment | | 10,693.50 | Credit Total : | | 0.00 | |
| Current Balance | | 327,724.97 | | | | |

| AR Aging Report | |
|---|---|
| 1st Week | 9,909.90 |
| 2nd Week | 0.00 |
| 3rd Week & Over | 317,815.07 |

| | |
|---|---|
| Current Balance | 327,724.97 |
| Received Amount (-) | |
| This Week Balance | |
| Received By | |
| Paid By | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved. All interest, costs, attorney's fees due seller shall be considered sums owing in connection with this transaction uner the PACA trust.

# K & S

Phone: 718)767-2808    Fax: 347)438-1053

## INVOICE

Ship To : # 9LES    ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341584
Date 01/27/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | HERBS CHIVE | CHIV | USA | 1 | 10.00 | 10.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 | POTATO MARBLE | MIX | USA | 1 | 23.00 | 23.00 |
| SEEDLESS RED | RED | USA | 1 | 36.00 | 36.00 | SCALLION | KING | USA | 1 | 35.00 | 35.00 |
| KIWI LOOSE | LLOO | USA | 1 | 25.00 | 25.00 | | | | | | |
| CANTALOUP | C | USA | 1 | 12.00 | 12.00 | | | | | | |
| HONEY DEW | C | USA | 1 | 17.00 | 17.00 | | | | | | |
| JUICE ORANGE | 100 | USA | 3 | 20.00 | 60.00 | | | | | | |
| STRAWBERRY | CAL | USA | 5 | 29.00 | 145.00 | | | | | | |
| RASPBERRY | A | USA | 2 | 25.00 | 50.00 | | | | | | |
| BLUEBERRY | A | USA | 3 | 15.00 | 45.00 | | | | | | |
| BLACKBERRY | A | USA | 2 | 14.00 | 28.00 | | | | | | |
| AVOCADO HASS# | RIPE | MEX | 3 | 44.00 | 132.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 7 | 6.50 | 45.50 | | | | | | |
| LIME | 48 | MEX | 1 | 9.00 | 9.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 1 | 42.00 | 42.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 27.00 | 27.00 | | | | | | |
| TOMATO GRAPE | R | USA | 1 | 14.00 | 14.00 | | | | | | |
| TOMATO GRAPE | YE | USA | 1 | 22.00 | 22.00 | | | | | | |
| LETTUCE.ICEBERG | A | USA | 1 | 23.00 | 23.00 | | | | | | |
| ROMAINE | CA-A | USA | 2 | 16.00 | 32.00 | | | | | | |
| CAULIFLOWER | C | USA | 2 | 41.00 | 82.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 3 | 17.00 | 51.00 | | | | | | |
| ASPARAGUS | LG | USA | 1 | 33.00 | 33.00 | | | | | | |
| SPINACH | BUSH | USA | 1 | 27.00 | 27.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 6 | 6.50 | 39.00 | | | | | | |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 38.00 | 38.00 | | | | | | |
| BASIL ISRAEL | IS | ISR | 1 | 13.00 | 13.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 5 | 15.00 | 75.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 16.00 | 16.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 28.00 | 28.00 | | | | | | |
| YELLOW PEPPER | YELL | USA | 1 | 18.00 | 18.00 | | | | | | |
| CUCUMBER | CUM | MEX | 1 | 26.00 | 26.00 | | | | | | |
| SQUASH GREEN | GR | USA | 1 | 33.00 | 33.00 | | | | | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | | | | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | | | | | | |
| PORTABELLA MUS M | PO2 | USA | 3 | 9.50 | 28.50 | Total Boxes: | | 98.0 | | | |
| POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 | Delivery $ : | | 127.40 | | | |
| CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 | | | | | | |
| ONION SPANISH | SPI | USA | 2 | 17.00 | 34.00 | Shipment : | | 2,014.40 | | | |
| ONION RED | RD-J | USA | 1 | 11.00 | 11.00 | | | | | | |
| TOFU | S | USA | 1 | 14.00 | 14.00 | | | | | | |
| SPROUT | BEAN | USA | 1 | 8.00 | 8.00 | Cash Receipt: | | | | | |
| PINE GOLDEN | GOL | USA | 2 | 26.00 | 52.00 | | | | | | |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 | | | | | | |
| MESCLUN SALAD | MESC | USA | 5 | 7.50 | 37.50 | Signature : | | | | | |
| EGG EX/LOOSE | EXLOO | USA | 5 | 26.50 | 132.50 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 328,508.57

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

Phone: (347)67-2808  Fax: 347)438-1053

## INVOICE

Ship To: # 9LES  
ESSEN 22 LLC  
699 6Ave 22st  
NY, NY 10010

Invoice No. 341626  
Date 01/28/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RED EX FANCY | 80 | USA | 1 | 32.00 | 32.00 | YAM #1 | YAM | USA | 1 | 18.00 | 18.00 |
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 | POTATO RED A BOX | BOX A | USA | 1 | 30.00 | 30.00 |
| SEEDLESS GREEN | GR | USA | 1 | 36.00 | 36.00 | CARROT LOOSE | LOOSE | USA | 2 | 25.00 | 50.00 |
| NECTARINE CALI | C | USA | 1 | 28.00 | 28.00 | ONION SPANISH | SPI | USA | 1 | 17.00 | 17.00 |
| WATERMELON | SEED | USA | 1 | 40.00 | 40.00 | PINE GOLDEN | GOL | USA | 1 | 26.00 | 26.00 |
| JUICE ORANGE | 100 | USA | 2 | 20.00 | 40.00 | BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| SUNKIST ORANGE | 56 | USA | 2 | 30.00 | 60.00 | PLANTAIN YELLOW | C | ECU | 1 | 25.00 | 25.00 |
| LEMON SK | SK/L | USA | 1 | 34.00 | 34.00 | MESCLUN SALAD | MESC | USA | 15 | 7.50 | 112.50 |
| STRAWBERRY | CAL | USA | 4 | 28.00 | 112.00 | EGG EX/LOOSE | EXLOO | USA | 3 | 26.50 | 79.50 |
| RASPBERRY | A | USA | 3 | 23.00 | 69.00 | CHEESE FETTA | CH/FE | USA | 1 | 49.00 | 49.00 |
| BLUEBERRY | A | USA | 3 | 15.00 | 45.00 | HERBS ROSEMARY | ROSE | CHL | 1 | 7.50 | 7.50 |
| BLACKBERRY | A | USA | 2 | 13.00 | 26.00 | SCALLION | KING | USA | 1 | 30.00 | 30.00 |
| AVOCADO HASS | C | USA | 1 | 40.00 | 40.00 | | | | | | |
| AVOCADO HASS# | RIPE | MEX | 3 | 44.00 | 132.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 6 | 6.50 | 39.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 1 | 40.00 | 40.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 27.00 | 27.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 14.00 | 28.00 | | | | | | |
| ROMAINE | CA-A | USA | 2 | 17.00 | 34.00 | | | | | | |
| CAULIFLOWER | C | USA | 2 | 45.00 | 90.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 3 | 16.00 | 48.00 | | | | | | |
| RABE | ANDY | USA | 1 | 35.00 | 35.00 | | | | | | |
| ASPARAGUS | LG | USA | 2 | 32.00 | 64.00 | | | | | | |
| CELERY | C | USA | 1 | 19.00 | 19.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 5 | 6.50 | 32.50 | | | | | | |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 | | | | | | |
| SNOWPEA | A | USA | 1 | 17.00 | 17.00 | | | | | | |
| ENDIVES | A | USA | 1 | 20.00 | 20.00 | | | | | | |
| ALFALFA | CUP | USA | 1 | 12.00 | 12.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 36.00 | 36.00 | | | | | | |
| SHALLOT JAR/5LB | SJ#5 | USA | 1 | 11.00 | 11.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 5 | 15.00 | 75.00 | | | | | | |
| CILANTRO | C | USA | 1 | 18.00 | 18.00 | | | | | | |
| DILL | 3PCS | USA | 1 | 2.50 | 2.50 | Credit : | | 31.20 | | | |
| BEETS 25LB | LBAG | CAN | 1 | 10.00 | 10.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 14.00 | 14.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 29.00 | 29.00 | Total Boxes: | | 115.0 | | | |
| YELLOW PEPPER | YELL | USA | 2 | 18.00 | 36.00 | Delivery $ : | | 149.50 | | | |
| JALAPINO | JALPN | HOL | 1 | 17.00 | 17.00 | | | | | | |
| CUCUMBER | CUM | MEX | 1 | 30.00 | 30.00 | Shipment : | | 2,374.30 | | | |
| SQUASH GREEN | GR | USA | 1 | 33.00 | 33.00 | | | | | | |
| SQUASH YELLOW | YEL | MEX | 1 | 38.00 | 38.00 | | | | | | |
| GARLIC JAR | J5LB | CHN | 1 | 10.50 | 10.50 | Cash Receipt: | | | | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | | | | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | Signature : | | | | | |
| PORTABELLA MUS M | PO2 | USA | 2 | 9.50 | 19.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 328,425.47

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

Phone: 718)767-2808  Fax: 347)438-1053

## INVOICE

Ship To: # 9LES  ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341691
Date 01/29/2020

| Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 |
| WATERMELON | SEED | USA | 1 | 38.00 | 38.00 |
| CANTALOUP | C | USA | 1 | 12.00 | 12.00 |
| HONEY DEW | C | USA | 1 | 15.00 | 15.00 |
| JUICE ORANGE | 100 | USA | 2 | 20.00 | 40.00 |
| STRAWBERRY | XF | USA | 4 | 31.00 | 124.00 |
| RASPBERRY | A | USA | 3 | 23.00 | 69.00 |
| BLUEBERRY | A | USA | 3 | 15.00 | 45.00 |
| BLACKBERRY | A | USA | 3 | 12.00 | 36.00 |
| AVOCADO HASS# | RIPE | MEX | 3 | 44.00 | 132.00 |
| MANGO MEXICAN | C | MEX | 6 | 6.50 | 39.00 |
| TOMATO #1 | 5X6 | USA | 1 | 33.00 | 33.00 |
| TOMATO PLUM | C | MEX | 1 | 25.00 | 25.00 |
| TOMATO GRAPE | R | USA | 2 | 14.00 | 28.00 |
| LETTUCE.ICEBERG | A | USA | 1 | 20.00 | 20.00 |
| ROMAINE | CA-A | USA | 3 | 17.00 | 51.00 |
| CABBAGE GR | GR | USA | 1 | 14.00 | 14.00 |
| BROCCOLI CROWN | CROW | USA | 2 | 15.00 | 30.00 |
| ASPARAGUS | LG | USA | 2 | 32.00 | 64.00 |
| CELERY | C | USA | 1 | 18.00 | 18.00 |
| SPINACH BABY | BA/SP | USA | 6 | 6.50 | 39.00 |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 |
| BRUSSEL SP | LOOSE | USA | 1 | 36.00 | 36.00 |
| SHALLOT JAR/5LB | SJ#5 | USA | 1 | 11.00 | 11.00 |
| BABY ARRUGULA | B&W | USA | 4 | 22.00 | 88.00 |
| BEETS 25LB | LBAG | CAN | 1 | 10.00 | 10.00 |
| PEPPER GREEN | GR | USA | 1 | 12.00 | 12.00 |
| PEPPER RED | RED | USA | 1 | 28.00 | 28.00 |
| YELLOW PEPPER | YELL | USA | 1 | 18.00 | 18.00 |
| JALAPINO | JALPN | HOL | 1 | 17.00 | 17.00 |
| CUCUMBER | CUM | MEX | 1 | 24.00 | 24.00 |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 |
| MUSHROOM WASH | 10LB | USA | 1 | 17.00 | 17.00 |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 |
| PORTABELLA MUS M | PO2 | USA | 3 | 9.50 | 28.50 |
| POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 |
| ONION SPANISH | SPI | USA | 1 | 17.00 | 17.00 |
| ONION RED | RD-J | USA | 1 | 12.00 | 12.00 |
| SPROUT | BEAN | USA | 1 | 8.00 | 8.00 |
| PINE GOLDEN | GOL | USA | 2 | 26.00 | 52.00 |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| MESCLUN SALAD | MESC | USA | 4 | 7.50 | 30.00 |
| EGG EX/LOOSE | EXLOO | USA | 4 | 26.50 | 106.00 |
| CHEESE FETTA | CH/FE | USA | 1 | 49.00 | 49.00 |
| HERBS CHIVE | CHIV | USA | 1 | 10.00 | 10.00 |

Total Boxes: 87.0
Delivery $: 113.10

Shipment : 1,729.60

Cash Receipt:

Signature :

Printed on Oct 12, 2020

****** Balance : 328,274.77

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

**K & S**     Phone: (718)967-2808     Fax: 347)438-1053

# INVOICE

Ship To: # 9LES    ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341753
Date 01/30/2020

| Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|
| RED EX FANCY | 80 | USA | 1 | 31.00 | 31.00 |
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 |
| SEEDLESS GREEN | GR | USA | 1 | 36.00 | 36.00 |
| KIWI LOOSE | LLOO | USA | 1 | 25.00 | 25.00 |
| WATERMELON | SEED | USA | 1 | 38.00 | 38.00 |
| JUICE ORANGE | 100 | USA | 2 | 20.00 | 40.00 |
| SUNKIST ORANGE | 56 | USA | 1 | 28.00 | 28.00 |
| STRAWBERRY | CAL | USA | 5 | 21.00 | 105.00 |
| RASPBERRY | A | USA | 3 | 23.00 | 69.00 |
| BLUEBERRY | A | USA | 3 | 17.00 | 51.00 |
| BLACKBERRY | A | USA | 2 | 12.00 | 24.00 |
| AVOCADO HASS# | RIPE | MEX | 3 | 42.00 | 126.00 |
| PAPAYA BIG BOX | RED | MEX | 1 | 35.00 | 35.00 |
| MANGO MEXICAN | C | MEX | 6 | 6.00 | 36.00 |
| LIME | 48 | MEX | 1 | 8.00 | 8.00 |
| TOMATO #1 | 5X6 | USA | 2 | 29.00 | 58.00 |
| TOMATO PLUM | C | MEX | 1 | 22.00 | 22.00 |
| TOMATO GRAPE | R | USA | 2 | 13.00 | 26.00 |
| TOMATO GRAPE | YE | USA | 1 | 19.00 | 19.00 |
| ROMAINE | CA-A | USA | 3 | 17.00 | 51.00 |
| BROCCOLI CROWN | CROW | USA | 2 | 13.00 | 26.00 |
| ASPARAGUS | LG | USA | 2 | 29.00 | 58.00 |
| CELERY | C | USA | 1 | 18.00 | 18.00 |
| SPINACH | BUSH | USA | 1 | 27.00 | 27.00 |
| SPINACH BABY | BA/SP | USA | 6 | 6.50 | 39.00 |
| GREEN LEAF | GR | USA | 1 | 22.00 | 22.00 |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 |
| ENDIVES | A | USA | 1 | 19.00 | 19.00 |
| BRUSSEL SP | LOOSE | USA | 1 | 35.00 | 35.00 |
| BABY ARRUGULA | BA | USA | 4 | 16.00 | 64.00 |
| PEPPER RED | RED | USA | 1 | 26.00 | 26.00 |
| YELLOW PEPPER | YELL | USA | 1 | 17.00 | 17.00 |
| CUCUMBER | CUM | MEX | 1 | 29.00 | 29.00 |
| SQUASH GREEN | GR | USA | 1 | 31.00 | 31.00 |
| SHANGHAI BOKCHOY | SH/BK | USA | 1 | 26.00 | 26.00 |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 |
| PORTABELLA MUS M | PO2 | USA | 2 | 9.50 | 19.00 |
| EGGPLANT | C | USA | 1 | 17.00 | 17.00 |
| POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 |
| POTATO RED A BOX | BOX A | USA | 1 | 29.00 | 29.00 |
| CARROT LOOSE | LOOSE | USA | 1 | 24.00 | 24.00 |
| ONION SPANISH | SPI | USA | 1 | 17.00 | 17.00 |
| ONION RED | RD-J | USA | 1 | 12.00 | 12.00 |
| PINE GOLDEN | GOL | USA | 2 | 26.00 | 52.00 |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| MESCLUN SALAD | MESC | USA | 8 | 7.50 | 60.00 |
| EGG EX/LOOSE | EXLOO | USA | 3 | 26.50 | 79.50 |
| SCALLION | KING | USA | 1 | 23.00 | 23.00 |

Total Boxes: 97.0
Delivery $ : 126.10

Shipment : 1,956.60

Cash Receipt:

Signature :

Printed on Oct 12, 2020     ****** Balance : 327,918.97

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

**INVOICE**

Phone: (212)672-0808   Fax: (347)438-1053

Ship To : # 9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No.    341817
Date           01/31/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | SCALLION | KING | USA | 1 | 23.00 | 23.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 | | | | | | |
| SEEDLESS RED | RED | USA | 1 | 36.00 | 36.00 | | | | | | |
| CANTALOUP | C | USA | 1 | 12.00 | 12.00 | | | | | | |
| HONEY DEW | C | USA | 1 | 15.00 | 15.00 | | | | | | |
| JUICE ORANGE | 100 | USA | 3 | 20.00 | 60.00 | | | | | | |
| LEMON SK | SK/L | USA | 1 | 33.00 | 33.00 | | | | | | |
| STRAWBERRY | CAL | USA | 5 | 21.00 | 105.00 | | | | | | |
| RASPBERRY | A | USA | 3 | 18.00 | 54.00 | | | | | | |
| BLUEBERRY | A | USA | 3 | 17.00 | 51.00 | | | | | | |
| BLACKBERRY | A | USA | 2 | 12.00 | 24.00 | | | | | | |
| AVOCADO HASS | C | USA | 2 | 39.00 | 78.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 6 | 6.00 | 36.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 2 | 27.00 | 54.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 21.00 | 21.00 | | | | | | |
| TOMATO CHERRY | C | USA | 0 | 0.00 | 0.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 13.00 | 26.00 | | | | | | |
| ROMAINE | CA-A | USA | 2 | 17.00 | 34.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 3 | 13.00 | 39.00 | | | | | | |
| ASPARAGUS | LG | USA | 2 | 29.00 | 58.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 5 | 6.50 | 32.50 | | | | | | |
| ALFALFA | CUP | USA | 1 | 12.00 | 12.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 34.00 | 34.00 | | | | | | |
| BASIL ISRAEL | IS | ISR | 1 | 13.00 | 13.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 5 | 15.50 | 77.50 | | | | | | |
| PARSLEY PLAIN | FULL | USA | 1 | 22.00 | 22.00 | | | | | | |
| BEETS 25LB | LBAG | CAN | 1 | 10.00 | 10.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 13.00 | 13.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 28.00 | 28.00 | | | | | | |
| YELLOW PEPPER | YELL | USA | 2 | 17.00 | 34.00 | | | | | | |
| JALAPINO | JALPN | HOL | 1 | 17.00 | 17.00 | | | | | | |
| CUCUMBER | CUM | MEX | 1 | 28.00 | 28.00 | | | | | | |
| SQUASH YELLOW | YEL | MEX | 1 | 26.00 | 26.00 | | | | | | |
| GINGER 10LB | 10LB | CHN | 1 | 16.00 | 16.00 | | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | | | | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | | | | | | |
| PORTABELLA MUS M | PO2 | USA | 3 | 9.50 | 28.50 | | | | | | |
| EGGPLANT | C | USA | 1 | 16.00 | 16.00 | Total Boxes: | | 95.0 | | | |
| POTATO IDAHO | 90 | USA | 2 | 24.00 | 48.00 | Delivery $ : | | 123.50 | | | |
| POTATO RED A BOX | BOX A | USA | 1 | 29.00 | 29.00 | | | | | | |
| CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 | Shipment : | | 1,835.00 | | | |
| ONION SPANISH | SPI | USA | 1 | 17.00 | 17.00 | | | | | | |
| PINE GOLDEN | GOL | USA | 2 | 25.00 | 50.00 | | | | | | |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 | Cash Receipt: | | | | | |
| MESCLUN SALAD | MESC | USA | 6 | 7.50 | 45.00 | | | | | | |
| EGG EX/LOOSE | EXLOO | USA | 4 | 27.00 | 108.00 | | | | | | |
| CHEESE FETTA | CH/FE | USA | 1 | 49.00 | 49.00 | Signature : | | | | | |
| HERBS CHIVE | CHIV | USA | 1 | 10.00 | 10.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 327,802.87

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

Date: 01/24/2020

# K & S
22-19 160 Street
Whitestone, NY 11357

Telephone : 718)767-2808          Fax : 347)438-1053

Ship To : #9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010
212)633-0820

From :          To :
01/19/2020      01/24/2020

| Shipped Amont | | | Payment | |
|---|---|---|---|---|
| 01/19 | Sunday    | 0.00    | | 0.00 |
| 01/20 | Monday    | 0.00    | | 0.00 |
| 01/21 | Tuesday   | 2525.00 | | 2001.50 |
| 01/22 | Wednesday | 2085.40 | | 2167.50 |
| 01/23 | Thursday  | 2072.70 | | 2088.80 |
| 01/24 | Friday    | 1912.90 | | 1944.50 |
| Shipped Total | | 8596.00 | Paid Total | 8202.30 |

Delivery Charge   0.00
Credit            0.00

Sub-Total    (+)   8,596.00
Prev.Balance (+) 328,114.87

Payment            8,202.30

Current Balance  328,508.57

Credit Memo

Date +/- Qty Item          Price    Amount

No credit has been recorded

| AR Aging Report | | Current Balance | 328,508.57 |
|---|---|---|---|
| 1st Week | 8,596.00 | Received Amount ( - ) | |
| 2nd Week | 2,097.50 | This Week Balance | |
| 3rd Week & Over | 317,815.07 | Received By | |
| | | Paid By | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.
All interest, costs, attorney's fees due seller shall be considered sums owing in connection with this transaction uner the PACA trust.

# K & S

# INVOICE

Phone: (718)762-2808  Fax: 347)438-1053

Ship To: # 9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341316
Date 01/21/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RED EX FANCY | 80 | USA | 1 | 34.00 | 34.00 | CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 |
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | ONION SPANISH | SPI | USA | 2 | 16.00 | 32.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 | ONION RED | RD-J | USA | 1 | 11.00 | 11.00 |
| KIWI LOOSE | LLOO | USA | 1 | 25.00 | 25.00 | PINE GOLDEN | GOL | USA | 2 | 22.00 | 44.00 |
| WATERMELON | SEED | USA | 1 | 44.00 | 44.00 | BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| CANTALOUP | C | USA | 1 | 12.00 | 12.00 | PLANTAIN YELLOW | C | ECU | 1 | 27.00 | 27.00 |
| HONEY DEW | C | USA | 1 | 19.00 | 19.00 | MESCLUN SALAD | MESC | USA | 12 | 7.50 | 90.00 |
| JUICE ORANGE | 100 | USA | 3 | 20.00 | 60.00 | EGG EX/LOOSE | EXLOO | USA | 5 | 22.00 | 110.00 |
| SUNKIST ORANGE | 56 | USA | 1 | 31.00 | 31.00 | EGG BROWN/CT | BR/CT | USA | 1 | 43.00 | 43.00 |
| STRAWBERRY | CAL | USA | 5 | 30.00 | 150.00 | HERBS CHIVE | CHIV | USA | 1 | 10.00 | 10.00 |
| RASPBERRY | A | USA | 3 | 24.00 | 72.00 | | | | | | |
| BLUEBERRY | A | USA | 2 | 15.00 | 30.00 | | | | | | |
| BLACKBERRY | A | USA | 2 | 18.00 | 36.00 | | | | | | |
| AVOCADO HASS | C | USA | 1 | 41.00 | 41.00 | | | | | | |
| AVOCADO HASS# | RIPE | MEX | 3 | 43.00 | 129.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 5 | 6.50 | 32.50 | | | | | | |
| TOMATO #1 | 5X6 | USA | 2 | 43.00 | 86.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 28.00 | 28.00 | | | | | | |
| TOMATO CHERRY | C | USA | 1 | 23.00 | 23.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 13.00 | 26.00 | | | | | | |
| LETTUCE.ICEBERG | A | USA | 1 | 30.00 | 30.00 | | | | | | |
| ROMAINE | CA-A | USA | 3 | 20.00 | 60.00 | | | | | | |
| CAULIFLOWER | C | USA | 2 | 29.00 | 58.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 4 | 26.00 | 104.00 | | | | | | |
| ASPARAGUS | LG | USA | 2 | 33.00 | 66.00 | | | | | | |
| CELERY | C | USA | 1 | 20.00 | 20.00 | | | | | | |
| SPINACH | BUSH | USA | 1 | 24.00 | 24.00 | | | | | | |
| GREEN COLLARD | COALD | USA | 1 | 15.00 | 15.00 | | | | | | |
| GREEN KALE | KALE | USA | 1 | 16.00 | 16.00 | | | | | | |
| ENDIVES | A | USA | 1 | 20.00 | 20.00 | | | | | | |
| ALFALFA | CUP | USA | 1 | 12.00 | 12.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 40.00 | 40.00 | | | | | | |
| BASIL ISRAEL | IS | ISR | 1 | 13.00 | 13.00 | | | | | | |
| BABA ARRUGULA | C | USA | 7 | 14.50 | 101.50 | | | | | | |
| CILANTRO | C | USA | 1 | 18.00 | 18.00 | | | | | | |
| PEPPER GREEN | GR | USA | 2 | 20.00 | 40.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 27.00 | 27.00 | Total Boxes: | | 115.0 | | | |
| YELLOW PEPPER | YELL | USA | 2 | 17.00 | 34.00 | Delivery $ : | | 149.50 | | | |
| JALAPINO | JALPN | HOL | 1 | 20.00 | 20.00 | | | | | | |
| CUCUMBER | CUM | MEX | 2 | 27.00 | 54.00 | | | | | | |
| SQUASH GREEN | GR | USA | 1 | 34.00 | 34.00 | Shipment : | | 2,525.00 | | | |
| SQUASH YELLOW | YEL | MEX | 1 | 35.00 | 35.00 | | | | | | |
| GARLIC JAR | J/15L | CHN | 1 | 31.50 | 31.50 | | | | | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | Cash Receipt: | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | | | | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | | | | | | |
| PORTABELLA MUS M | PO2 | USA | 4 | 9.50 | 38.00 | Signature : | | | | | |
| YAM #1 | YAM | USA | 1 | 18.00 | 18.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 328,114.87

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C. 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

Phone: 718)767-2808   Fax: 347)438-1053

## INVOICE

Ship To: # 9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341358
Date 01/22/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| SEEDLESS RED | RED | USA | 1 | 37.00 | 37.00 | MESCLUN SALAD | MESC | USA | 10 | 7.50 | 75.00 |
| WATERMELON | SEED | USA | 1 | 44.00 | 44.00 | EGG EX/LOOSE | EXLOO | USA | 4 | 22.00 | 88.00 |
| JUICE ORANGE | 100 | USA | 1 | 20.00 | 20.00 | CHEESE FETTA | CH/FE | USA | 1 | 22.00 | 22.00 |
| STRAWBERRY | CAL | USA | 4 | 30.00 | 120.00 | SCALLION | KING | USA | 1 | 38.00 | 38.00 |
| RASPBERRY | A | USA | 3 | 30.00 | 90.00 | | | | | | |
| BLUEBERRY | A | USA | 3 | 12.00 | 36.00 | | | | | | |
| BLACKBERRY | A | USA | 2 | 18.00 | 36.00 | | | | | | |
| AVOCADO HASS | C | USA | 1 | 41.00 | 41.00 | | | | | | |
| AVOCADO HASS# | RIPE | MEX | 3 | 43.00 | 129.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 5 | 6.50 | 32.50 | | | | | | |
| LIME | 48 | MEX | 1 | 10.00 | 10.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 1 | 42.00 | 42.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 30.00 | 30.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 13.00 | 26.00 | | | | | | |
| TOMATO GRAPE | YE | USA | 1 | 23.00 | 23.00 | | | | | | |
| ROMAINE | CA-A | USA | 3 | 17.00 | 51.00 | | | | | | |
| CABBAGE GR | GR | USA | 1 | 13.00 | 13.00 | | | | | | |
| CAULIFLOWER | C | USA | 2 | 31.00 | 62.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 2 | 24.00 | 48.00 | | | | | | |
| RABE | ANDY | USA | 1 | 35.00 | 35.00 | | | | | | |
| ASPARAGUS | LG | USA | 2 | 32.00 | 64.00 | | | | | | |
| CELERY | C | USA | 1 | 20.00 | 20.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 4 | 7.00 | 28.00 | | | | | | |
| GREEN KALE | KALE | USA | 1 | 16.00 | 16.00 | | | | | | |
| ALFALFA | CUP | USA | 1 | 12.00 | 12.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 41.00 | 41.00 | | | | | | |
| BASIL ISRAEL | IS | ISR | 1 | 13.00 | 13.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 3 | 14.50 | 43.50 | | | | | | |
| BEETS 25LB | LBAG | CAN | 1 | 9.00 | 9.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 19.00 | 19.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 26.00 | 26.00 | | | | | | |
| YELLOW PEPPER | YELL | USA | 2 | 20.00 | 40.00 | | | | | | |
| CUCUMBER | CUM | MEX | 2 | 37.00 | 74.00 | | | | | | |
| SQUASH GREEN | GR | USA | 1 | 33.00 | 33.00 | | | | | | |
| GARLIC JAR | J5LB | CHN | 1 | 10.50 | 10.50 | Total Boxes: | | 98.0 | | | |
| MOO | C | USA | 1 | 22.00 | 22.00 | Delivery $ : | | 127.40 | | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | Shipment : | | 2,085.40 | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | | | | | | |
| PORTABELLA MUS M | PO2 | USA | 1 | 9.50 | 9.50 | | | | | | |
| POTATO IDAHO | 90 | USA | 2 | 25.00 | 50.00 | | | | | | |
| POTATO RED A BOX | BOX A | USA | 1 | 28.00 | 28.00 | Cash Receipt: | | | | | |
| CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 | | | | | | |
| ONION SPANISH | SPI | USA | 1 | 16.00 | 16.00 | | | | | | |
| ONION RED | RD-J | USA | 2 | 11.00 | 22.00 | | | | | | |
| SPROUT | BEAN | USA | 2 | 8.00 | 16.00 | Signature : | | | | | |
| PINE GOLDEN | GOL | USA | 1 | 24.00 | 24.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 328,638.37

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

(929)767-2808  Fax: 347)438-1053

## INVOICE

Ship To: # 9LES  ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341427
Date 01/23/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | EGG EX/LOOSE | EXLOO | USA | 4 | 22.00 | 88.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 | SCALLION | KING | USA | 1 | 36.00 | 36.00 |
| SEEDLESS GREEN | GR | USA | 1 | 34.00 | 34.00 | | | | | | |
| WATERMELON | SEED | USA | 1 | 41.00 | 41.00 | | | | | | |
| HONEY DEW | C | USA | 1 | 18.00 | 18.00 | | | | | | |
| JUICE ORANGE | 100 | USA | 3 | 20.00 | 60.00 | | | | | | |
| LEMON SK | SK/L | USA | 1 | 34.00 | 34.00 | | | | | | |
| STRAWBERRY | CAL | USA | 4 | 32.00 | 128.00 | | | | | | |
| RASPBERRY | A | USA | 2 | 30.00 | 60.00 | | | | | | |
| BLUEBERRY | A | USA | 3 | 12.00 | 36.00 | | | | | | |
| BLACKBERRY | A | USA | 2 | 18.00 | 36.00 | | | | | | |
| AVOCADO HASS# | RIPE | MEX | 4 | 46.00 | 184.00 | | | | | | |
| PAPAYA BIG BOX | RED | MEX | 1 | 35.00 | 35.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 6 | 6.50 | 39.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 1 | 43.00 | 43.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 28.00 | 28.00 | | | | | | |
| TOMATO CHERRY | C | USA | 1 | 21.00 | 21.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 13.00 | 26.00 | | | | | | |
| ROMAINE | CA-A | USA | 2 | 18.00 | 36.00 | | | | | | |
| CABBAGE RED | RED | USA | 1 | 19.00 | 19.00 | | | | | | |
| CAULIFLOWER | C | USA | 3 | 33.00 | 99.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 2 | 22.00 | 44.00 | | | | | | |
| ASPARAGUS | LG | USA | 1 | 32.00 | 32.00 | | | | | | |
| CELERY | C | USA | 1 | 19.00 | 19.00 | | | | | | |
| SPINACH | BUSH | USA | 1 | 24.00 | 24.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 7 | 7.00 | 49.00 | | | | | | |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 39.00 | 39.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 4 | 14.50 | 58.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 19.00 | 19.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 24.00 | 24.00 | | | | | | |
| YELLOW PEPPER | YELL | USA | 1 | 18.00 | 18.00 | | | | | | |
| CUCUMBER | CUM | MEX | 1 | 38.00 | 38.00 | | | | | | |
| SQUASH GREEN | GR | USA | 1 | 31.00 | 31.00 | | | | | | |
| SQUASH YELLOW | YEL | MEX | 1 | 36.00 | 36.00 | | | | | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | | | | | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | Total Boxes: | | 94.0 | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | Delivery $ : | | 122.20 | | | |
| PORTABELLA MUS M | PO2 | USA | 3 | 9.50 | 28.50 | | | | | | |
| EGGPLANT | C | USA | 1 | 19.00 | 19.00 | Shipment : | | 2,072.70 | | | |
| POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 | | | | | | |
| CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 | | | | | | |
| ONION SPANISH | SPI | USA | 1 | 16.00 | 16.00 | | | | | | |
| ONION RED | RD-J | USA | 1 | 11.00 | 11.00 | Cash Receipt: | | | | | |
| SPROUT | BEAN | USA | 1 | 8.00 | 8.00 | | | | | | |
| PINE GOLDEN | GOL | USA | 2 | 24.00 | 48.00 | | | | | | |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 | Signature : | | | | | |
| MESCLUN SALAD | MESC | USA | 4 | 7.50 | 30.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 328,556.27

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

# K & S

Tel.: (347)402-2808  Fax.: (347)438-1053

## INVOICE

Ship To: # 9LES  ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No. 341503
Date 01/24/2020

| Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|
| RED EX FANCY | 80 | USA | 1 | 34.00 | 34.00 |
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 |
| STAR RUBY | C | USA | 1 | 28.00 | 28.00 |
| WATERMELON | SEED | USA | 1 | 38.00 | 38.00 |
| CANTALOUP | C | USA | 1 | 12.00 | 12.00 |
| JUICE ORANGE | 100 | USA | 1 | 20.00 | 20.00 |
| SUNKIST ORANGE | 56 | USA | 1 | 30.00 | 30.00 |
| STRAWBERRY | CAL | USA | 4 | 35.00 | 140.00 |
| RASPBERRY | A | USA | 2 | 27.00 | 54.00 |
| BLUEBERRY | A | USA | 3 | 11.00 | 33.00 |
| BLACKBERRY | A | USA | 2 | 15.00 | 30.00 |
| AVOCADO HASS# | RIPE | MEX | 2 | 44.00 | 88.00 |
| MANGO MEXICAN | C | MEX | 7 | 6.50 | 45.50 |
| TOMATO #1 | 5X6 | USA | 1 | 43.00 | 43.00 |
| TOMATO GRAPE | R | USA | 2 | 14.00 | 28.00 |
| ROMAINE | CA-A | USA | 1 | 16.00 | 16.00 |
| CAULIFLOWER | C | USA | 2 | 33.00 | 66.00 |
| BROCCOLI CROWN | CROW | USA | 3 | 18.00 | 54.00 |
| SPINACH BABY | BA/SP | USA | 5 | 7.00 | 35.00 |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 |
| ALFALFA | CUP | USA | 1 | 12.00 | 12.00 |
| BRUSSEL SP | LOOSE | USA | 1 | 38.00 | 38.00 |
| BABY ARRUGULA | BA | USA | 4 | 14.50 | 58.00 |
| CILANTRO | C | USA | 1 | 18.00 | 18.00 |
| BEETS 25LB | LBAG | CAN | 1 | 9.00 | 9.00 |
| PEPPER GREEN | GR | USA | 1 | 16.00 | 16.00 |
| PEPPER RED | RED | USA | 1 | 21.00 | 21.00 |
| YELLOW PEPPER | YELL | USA | 2 | 18.00 | 36.00 |
| CUCUMBER | CUM | MEX | 2 | 26.00 | 52.00 |
| SQUASH GREEN | GR | USA | 1 | 31.00 | 31.00 |
| SQUASH YELLOW | YEL | MEX | 1 | 38.00 | 38.00 |
| GARLIC JAR | J/15L | CHN | 1 | 31.50 | 31.50 |
| SHANGHAI BOKCHOY | SH/BK | USA | 1 | 25.00 | 25.00 |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 |
| PORTABELLA MUS M | PO2 | USA | 2 | 9.50 | 19.00 |
| POTATO IDAHO | 90 | USA | 1 | 25.00 | 25.00 |
| POTATO RED A BOX | BOX A | USA | 1 | 28.00 | 28.00 |
| CARROT LOOSE | LOOSE | USA | 3 | 25.00 | 75.00 |
| ONION SPANISH | SPI | USA | 1 | 17.00 | 17.00 |
| PINE GOLDEN | GOL | USA | 2 | 24.00 | 48.00 |
| BANANA | BNA | ECU | 2 | 16.50 | 33.00 |
| MESCLUN SALAD | MESC | USA | 8 | 7.50 | 60.00 |
| EGG EX/LOOSE | EXLOO | USA | 5 | 22.00 | 110.00 |
| CHEESE FETTA | CH/FE | USA | 1 | 22.00 | 22.00 |
| SQUASH BUTTERNUT | BUTN | USA | 1 | 28.00 | 28.00 |

Total Boxes:    93.0
Delivery $ :    120.90

Shipment :  1,912.90

Cash Receipt:

Signature  :

Printed on Oct 12, 2020

****** Balance : 328,540.17

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

Date: 01/17/2020

# K & S
22-19 160 Street
Whitestone, NY 11357

Telephone : 718)767-2808     Fax : 347)438-1053

Ship To : #9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010
212)633-0820

From :           To :
01/12/2020     01/17/2020

| | Shipped Amont | | Payment |
|---|---|---|---|
| 01/12 | Sunday | 0.00 | 0.00 |
| 01/13 | Monday | 2001.50 | 2009.70 |
| 01/14 | Tuesday | 2167.50 | 2251.80 |
| 01/15 | Wednesday | 2088.80 | 2172.80 |
| 01/16 | Thursday | 1944.50 | 1891.40 |
| 01/17 | Friday | 2097.50 | 1957.00 |
| Shipped Total | | 10299.80 | Paid Total 10282.70 |

Delivery Charge   0.00
Credit            0.00

Sub-Total   (+)   10,299.80
Prev.Balance(+)  328,097.77

Payment           10,282.70

Current Balance  328,114.87

Credit Memo

Date +/- Qty Item          Price    Amount

No credit has been recorded

| AR Aging Report | | Current Balance | 328,114.87 |
|---|---|---|---|
| 1st Week | 10,299.80 | Received Amount ( - ) | |
| 2nd Week | 0.00 | This Week Balance | |
| 3rd Week & Over | 317,815.07 | Received By | |
| | | Paid By | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.
All interest, costs, attorney's fees due seller shall be considered sums owing in connection with this transaction uner the PACA trust.

**K & S**   Phone: (718)767-2808   Fax: 347)438-1053

# INVOICE

Ship To: # 9LES   ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010

Invoice No.  341223
Date  01/17/2020

| Item | Type | Origin | QTY | Price | Amount | Item | Type | Origin | QTY | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RED EX FANCY | 80 | USA | 1 | 31.00 | 31.00 | BANANA | BNA | ECU | 2 | 15.50 | 31.00 |
| GRANNY SMITH | 80 | USA | 1 | 33.00 | 33.00 | LEMON GRASS | LE/GR | USA | 1 | 18.00 | 18.00 |
| STAR RUBY | C | USA | 2 | 28.00 | 56.00 | MESCLUN SALAD | MESC | USA | 7 | 7.50 | 52.50 |
| WATERMELON | SEED | USA | 1 | 44.00 | 44.00 | EGG EX/LOOSE | EXLOO | USA | 5 | 22.00 | 110.00 |
| HONEY DEW | C | USA | 1 | 20.00 | 20.00 | SCALLION | KING | USA | 1 | 40.00 | 40.00 |
| JUICE ORANGE | 100 | USA | 3 | 20.00 | 60.00 | SQUASH BUTTERNUT | BUTN | USA | 1 | 28.00 | 28.00 |
| SUNKIST ORANGE | 56 | USA | 1 | 31.00 | 31.00 | | | | | | |
| LEMON SK | SK/L | USA | 1 | 34.00 | 34.00 | | | | | | |
| STRAWBERRY | CAL | USA | 5 | 23.00 | 115.00 | | | | | | |
| RASPBERRY | A | USA | 4 | 26.00 | 104.00 | | | | | | |
| BLUEBERRY | A | USA | 2 | 19.00 | 38.00 | | | | | | |
| BLACKBERRY | A | USA | 3 | 18.00 | 54.00 | | | | | | |
| MANGO MEXICAN | C | MEX | 6 | 6.50 | 39.00 | | | | | | |
| TOMATO #1 | 5X6 | USA | 2 | 44.00 | 88.00 | | | | | | |
| TOMATO PLUM | C | MEX | 1 | 28.00 | 28.00 | | | | | | |
| TOMATO GRAPE | R | USA | 2 | 11.00 | 22.00 | | | | | | |
| TOMATO GRAPE | YE | USA | 1 | 20.00 | 20.00 | | | | | | |
| TOMATILLO | ORG | MEX | 1 | 11.00 | 11.00 | | | | | | |
| ROMAINE | CA-A | USA | 1 | 20.00 | 20.00 | | | | | | |
| CABBAGE GR | GR | USA | 1 | 13.00 | 13.00 | | | | | | |
| CAULIFLOWER | C | USA | 3 | 22.00 | 66.00 | | | | | | |
| BROCCOLI CROWN | CROW | USA | 2 | 28.00 | 56.00 | | | | | | |
| ASPARAGUS | LG | USA | 1 | 29.00 | 29.00 | | | | | | |
| SPINACH BABY | BA/SP | USA | 6 | 7.00 | 42.00 | | | | | | |
| GREEN LEAF | GR | USA | 1 | 31.00 | 31.00 | | | | | | |
| GREEN KALE | KALE | USA | 2 | 16.00 | 32.00 | | | | | | |
| BRUSSEL SP | LOOSE | USA | 1 | 39.00 | 39.00 | | | | | | |
| MINT | A | USA | 1 | 15.00 | 15.00 | | | | | | |
| BABY ARRUGULA | BA | USA | 1 | 10.00 | 10.00 | | | | | | |
| PARSLEY PLAIN | FULL | USA | 1 | 28.00 | 28.00 | | | | | | |
| CILANTRO | C | USA | 1 | 18.00 | 18.00 | | | | | | |
| PEPPER GREEN | GR | USA | 1 | 24.00 | 24.00 | | | | | | |
| PEPPER RED | RED | USA | 1 | 24.00 | 24.00 | | | | | | |
| YELLOW PEPPER | YELL | USA | 2 | 17.00 | 34.00 | | | | | | |
| JALAPINO | JALPN | HOL | 1 | 20.00 | 20.00 | | | | | | |
| CUCUMBER | CUM | MEX | 1 | 27.00 | 27.00 | | | | | | |
| SQUASH GREEN | GR | USA | 1 | 33.00 | 33.00 | | | | | | |
| SQUASH YELLOW | YEL | MEX | 1 | 26.00 | 26.00 | Total Boxes: | | | 100.0 | | |
| GINGER 10LB | 10LB | CHN | 1 | 12.00 | 12.00 | Delivery $ : | | | 130.00 | | |
| MUSHROOM WASH | 10LB | USA | 2 | 17.00 | 34.00 | | | | | | |
| MUSH SPECIAL | 10SP | USA | 2 | 18.00 | 36.00 | Shipment  : | | | 2,097.50 | | |
| EGGPLANT | C | USA | 1 | 19.00 | 19.00 | | | | | | |
| POTATO IDAHO | 90 | USA | 2 | 24.00 | 48.00 | | | | | | |
| CARROT LOOSE | LOOSE | USA | 1 | 25.00 | 25.00 | Cash Receipt: | | | | | |
| ONION RED | RD-J | USA | 1 | 11.00 | 11.00 | | | | | | |
| TOFU | S | USA | 1 | 14.00 | 14.00 | | | | | | |
| SPROUT | BEAN | USA | 1 | 8.00 | 8.00 | Signature  : | | | | | |
| PINE GOLDEN | GOL | USA | 3 | 22.00 | 66.00 | | | | | | |

Printed on Oct 12, 2020

****** Balance : 327,974.37

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved.

Date: 01/10/2020

# K & S
22-19 160 Street
Whitestone, NY 11357

Telephone: 718)767-2808  Fax: 347)438-1053

Ship To: #9LES  ESSEN 22 LLC
699 6Ave 22st
NY, NY 10010
212)633-0820

From: 01/05/2020  To: 01/10/2020

| Shipped Amont | | | Payment |
|---|---|---|---|
| 01/05 | Sunday | 0.00 | 0.00 |
| 01/06 | Monday | 2009.70 | 1818.50 |
| 01/07 | Tuesday | 2251.80 | 1941.40 |
| 01/08 | Wednesday | 2172.80 | 2109.60 |
| 01/09 | Thursday | 1891.40 | 2014.90 |
| 01/10 | Friday | 1957.00 | 2179.70 |
| Shipped Total | | 10282.70 | Paid Total  10064.10 |

Delivery Charge  0.00
Credit  0.00

Credit Memo

Sub-Total  (+)  10,282.70
Prev.Balance(+)  327,879.17

| Date +/- Qty Item | Price | Amount |
|---|---|---|

No credit has been recorded

Payment  10,064.10

Current Balance  328,097.77

| AR Aging Report | |
|---|---|
| 1st Week | 10,282.70 |
| 2nd Week | 0.00 |
| 3rd Week & Over | 317,815.07 |

| Current Balance | 328,097.77 |
|---|---|
| Received Amount (-) | |
| This Week Balance | |
| Received By | |
| Paid By | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930(7 U.S.C, 499(E)(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities until full payment is recieved. All interest, costs, attorney's fees due seller shall be considered sums owing in connection with this transaction uner the PACA trust.