UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

K & S PRODUCE, INC.                                    Index No.: 1:20-cv-08786

                                    Plaintiff,        **AFFIDAVIT OF SERVICE**

         -against-

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN
Individually and in any corporate capacity.

                                    Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK       }
                                  } ss.:
COUNTY OF NASSAU       }

I, Lee Pakulsky, being duly sworn depose and say:

I am not a party to the action; I am over 18 years of age and reside in Queens County, New York, that on the 1st day of December 2020, I served the **SUMMONS and COMPLAINT** was served upon:

**WILLIAM BYUN**
**100 Broad Street**
**New York, NY 10004**

**Service:**
I served the papers by serving WILLIAM BYUN, 100 Broad Street, New York, New York 10004.

By leaving same with Steve (Last Name refused), an authorized agent of the said Defendant at the Defendant's actual place of business noted above.

**Description:**
The individual I served had the following characteristics: Male, Asian, Brown eyes, Black

Hair, approximately 40-45 years of age, approximately 5'10" in height and approximately 170 pounds in weight.

**Mailing:** On such date, December 1, 2020, a true copy of Summons and Complaint was mailed via certified mail to the last known address of the Defendant for that purpose located at 100 Broad Street, New York, NY 10004, by depositing a true copy of the within documents in a postage paid envelope in a Post Office Box regularly maintained by the United States Government at Manhasset, County of Nassau, State of New York.

Name: _____
Lee Pakulsky.

Sworn to before me this
3rd day of December, 2020

_____
Notary Public

TIMOTHY J. FIERST
Notary Public, State of New York
No. 02FI4978999
Qualified in Nassau County
Commission Expires February 27, 2019
7/17/23