UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

K & S PRODUCE, INC.

                       Plaintiff,

-against-

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN
Individually and in any corporate capacity.

                      Defendant.

-------------------------------------------------------------------- X

Case No. 1:20-CV-08786

**CLERK'S CERTIFICATE**

    I, RUBY J. KRAJICK, Clerk of the Unites States District Court for the Southern District of New York, do hereby certify that this action commenced on October 22, 2020 and a Summons was issued on October 22, 2020, a copy of summons and complaint was served on defendant 100 BROAD STREET, LLC a/k/a ESSEN FOOD by serving STEVE (last name refused), an authorized agent of 100 BROAD STREET, LLC a/k/a ESSEN FOOD, on December 1st, 2020 and proof of such service therefore filed on December 4th, 2020, Doc.#(s) 11.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant (s) is/are hereby noted.

Dated: New York, New York
             _____20_____

                                                                     RUBY J. KRAJICK
                                                                     Clerk of Court

                                                              By:_____
                                                                 Deputy Clerk