UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
K & S PRODUCE, INC.                                                    Case No. 1:20-CV-08786

                   Plaintiff,                                      **CLERK'S CERTIFICATE**

     -against-

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN
Individually and in any corporate capacity.

                  Defendant.

---------------------------------------------------------------- X

      I, RUBY J. KRAJICK, Clerk of the Unites States District Court for the Southern District of New York, do hereby certify that this action commenced on <u>October 22, 2020</u> and a Summons was issued on October 22, 2020, a copy of summons and complaint was served on defendant <u>ESSEN22 LLC a/k/a ESSEN FOOD</u> by serving STEVE (last name refused), an authorized agent of ESSEN22 LLC a/k/a ESSEN FOOD, on December 1st, 2020 and proof of such service therefore filed on December 4th, 2020, Doc.#(s) 12.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant (s) is/are hereby noted.

Dated: New York, New York
     February 8     20 21                          RUBY J. KRAJICK
                                                                   Clerk of Court

                                                                  By: *K. Mango*
                                                                    Deputy Clerk