Timothy J. Fierst, Esq. (TF:3247)
The Fierst Law Group P.C.
Attorneys for the Plaintiff
462 Sagamore Avenue, Suite 2
East Williston, NY 11596

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
K & S PRODUCE, INC.

                    Plaintiff,

    -against-

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN
Individually and in any corporate capacity.

                  Defendants.
-------------------------------------------------------------------- X

Case No. 1:20-cv-08786-GHW

**ORDER TO SHOW CAUSE
FOR A DEFAULT JUDGMENT**

      Upon the Declaration of Timothy J. Fierst , Esq. dated February 16, 2021, the Declaration of Lee Pakulsky dated February 16, 2021 and the exhibits annexed thereto, the Memorandum in Support of Plaintiff's Motion for Default Judgment against 100 BROAD STREET LLC a/k/a ESSEN FOOD, ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN, CHONG WON BYUN, and WILLIAM BYUN, and upon all the prior proceedings had and papers filed herein in support of Plaintiff's application for a default judgment against the defendants, jointly and severally, it is hereby

      **ORDERED,** that the above-named Defendants show cause at a conference before the Honorable Gregory H. Woods, United States District Judge on the 12th day of March, 2021 at 10:00 a.m. or as soon thereafter as counsel may be heard, why an order should not be granted pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b) granting Plaintiff a default

judgment against the defendants 100 BROAD STREET LLC a/k/a ESSEN FOOD, ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN, CHONG WON BYUN, and WILLIAM BYUN, jointly and severally, and upon entry of the default judgment, an order pursuant to Fed. R. Civ. P. 62(a) vacating the thirty (30) day stay from executing the default judgment;

The hearing on the order to show cause will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules;

Plaintiff shall file proof of service of this Order to Show Cause, Plaintiff's declarations, memorandum of law, exhibits, and all other supporting papers, by February 22, 2021. Any opposition shall be filed no later than March 1, 2021. Any reply shall be filed no later than March 5, 2021; and

The defendants are advised that failure to respond to this Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial.

Dated: February 19, 2021

_____
GREGORY H. WOODS
United States District Judge