UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

K & S PRODUCE, INC.    Index No.: 1:20-cv-08786

                           Plaintiff,    **AFFIDAVIT OF SERVICE**

    -against-

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN
Individually and in any corporate capacity.

                           Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    }
                            } ss.:
COUNTY OF NASSAU    }

I, Katrina Conte, being duly sworn depose and say:

I am not a party to the action; I am over 18 years of age and reside in Nassau, New York, that on the 22nd day of February 2021, I served the **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT,**

**DECLARATION OF TIMOTHY J. FIERST, ESQ. IN SUPPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT,**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMNET AGAINST 100 BROAD STREET, LLC a/k/a ESSEN FOOD, ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN, CHONG WON BYUN, and WILLIAM BYUN.**

**DECLARATION IF LEE PAKULSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT,** and all exhibits thereto upon:

                **100 BROAD STREET, LLC a/k/a ESSEN FOOD,**
                          100 Broad Street
                         New York, NY 10004

           **ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,**
                          100 Broad Street
                         New York, NY 10004

**CHONG WON BYUN**
100 Broad Street
New York, NY 10004

**JOHN BYUN**
100 Broad Street
New York, NY 10004

**WILLIAM BYUN**
100 Broad Street
New York, NY 10004

**Mailing:** By depositing a true copy of the within documents in a postage paid envelope in a Post Office Box regularly maintained by the United States Government at Manhasset, County of Nassau, State of New York.

Name: _____
Katrina Conte.

Sworn to before me this
22 day of February, 2021

_____
Notary Public

TIMOTHY J. FIERST
Notary Public, State of New York
No. 02FI4978999
Qualified in Nassau County
Commission Expires February 27, 2019
7/17/2023