```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                    :

K & S PRODUCE, INC.,                      :

                            Plaintiff,          :                1:20-cv-08786-GHW

                -against-              :                <u>ORDER</u>

100 BROAD STREET, LLC a/k/a ESSEN FOOD,
ESSEN22 LLC a/k/a ESSEN FOOD, JOHN BYUN,
CHONG WON BYUN, and WILLIAM BYUN,
*individually and in any corporate capacity*,

                            Defendants.

------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court has received the motion by Defendants 100 Broad Street and Chong Won Byun (together, "Defendants") to vacate the judgment by default entered on March 15, 2021. Dkt. No. 45. Plaintiff's opposition is due no later than November 30, 2021. Defendants' reply, if any, is due no later than December 7, 2021.

      SO ORDERED.

Dated: November 9, 2021

                                                                         _____
                                                                      GREGORY H. WOODS
                                                                   United States District Judge